**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001478
19-AUG-2013
08:37 AM**

NO. CAAP-13-0001478

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


In the Matter of the Guardianship
of THOMAS HAJNY, An Incapacitated Person

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-G. NO. 09-1-0230)


ORDER DISMISSING APPEAL PURSUANT
TO HRAP RULES 11(b)(2) and 11(c)(2)
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On June 17, 2013, Ward-Appellant Thomas Hajny
(Appellant), pro se, filed a notice of appeal;

(2) On August 1, 2013, the appellate clerk issued
Appellant a notice of non-payment and absence of motion to
proceed in forma pauperis, informing Appellant to pay the $300
filing fee by August 11, 2013, or the matter would be referred to
the court for appropriate action, which may include dismissal;

(3) Thereafter, Appellant took no further action in this appeal;

(4) Filing and docketing fees have not been paid, and the record cannot be prepared without payment of the fees or an order allowing Appellant to proceed in forma pauperis;

(5) An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed in forma pauperis. See Hawai'i Rules of Appellate Procedure Rules 11(b)(2), (c)(2). Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawai'i, August 19, 2013.

Chief Judge

Associate Judge

Associate Judge